EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 04 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00564 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §§ 841(a)(1) and (b)(1)(A) & 18 U.S.C. 922(g)(3) and 924(a)(2)] |
| MITCHELL MOKUAHI, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges:

On or about October 14, 2003, within the District of Hawaii, **MITCHELL MOKUAHI**, did knowingly and intentionally possess, with intent to distribute, fifty (50) grams or more of Methamphetamine, its salts, isomers, and salts of its isomers a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 2:

The Grand Jury further charges that:

On or about October 14, 2003, within the District of Hawaii, **MITCHELL MOKUAHI**, who at the time was an unlawful user of a controlled substance, did knowingly possess in and affecting commerce firearms, that is: a black Baretta .22 handgun, serial number BCS17370U; and a Makarov 9mm handgun, serial number RM001665.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED:   Honolulu, Hawaii, _____12-4-03_____.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Mitchell Mokuahi
"Indictment"
Cr. No.