EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail:      Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 13 2004

at 11 o'clock and 50 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00564 HG |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| vs. ) | [21 U.S.C. §§ 841(a)(1) and (b)(1)(A) & 18 U.S.C. 922(g)(3) and 924(a)(2)] |
| MITCHELL MOKUAHI, ) | |
| Defendant. ) | |

SUPERSEDING INDICTMENT

COUNT 1:

The Grand Jury charges:

From on or about June of 1999 to and including October 14, 2003, in the District of Hawaii, and elsewhere,

**MITCHELL MOKUAHI**

defendant herein, did willfully and unlawfully conspire together with Brandon Chang, Jonah Ortiz, who are not Defendants herein, and others known and unknown to the grand jury, to knowingly and

intentionally possess with intent to distribute, and to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It was the object of the aforesaid conspiracy to possess for distribution and to distribute methamphetamine in Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendant performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. During the early part of 2000, MITCHELL MOKUAHI moved from Oahu to Kona on the Big Island of Hawaii to reside with Brandon Chang.

2. During the time period from approximately the early part of 2000 through the year 2002, MITCHELL MOKUAHI and Brandon Chang engaged in illegal drug trafficking in which MITCHELL MOKUAHI received from Brandon Chang and sold to others approximately two (2) ounces of methamphetamine every three days.

3. During the month of February 2002, MITCHELL MOKUAHI received from Jonah Ortiz approximately two (2) pounds of methamphetamine for the price of $40,000.00, and subsequently sold the methamphetamine to others.

4. During the month of March 2002, MITCHELL MOKUAHI received from Jonah Ortiz approximately one (1) pound of

methamphetamine for the price of $20,000.00, and subsequently sold the methamphetamine to others.

5.   During the time period from approximately the early part of 2001 through the year 2003, MITCHELL MOKUAHI and Marvin Postadan engaged in illegal drug trafficking in which MITCHELL MOKUAHI received from Marvin Postadan and sold to others approximately four (4) to five (5) ounces every week.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2:

The Grand Jury further charges:

On or about October 14, 2003, within the District of Hawaii, **MITCHELL MOKUAHI**, did knowingly and intentionally possess, with intent to distribute, fifty (50) grams or more of Methamphetamine, its salts, isomers, and salts of its isomers a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 3:

The Grand Jury further charges that:

On or about October 14, 2003, within the District of Hawaii, **MITCHELL MOKUAHI**, who at the time was an unlawful user of a controlled substance, did knowingly possess in and affecting commerce firearms, that is: a black Baretta .22 handgun, serial number BCS17370U; and a Makarov 9mm handgun, serial number RM001665.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: Honolulu, Hawaii, _MAY 13, 2004_.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Mitchell Mokuahi
"Superseding Indictment"
Cr. No.

4